USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/19/2026

# Gordon & Gordon
Attorneys at Law

108-18 Queens Blvd., 6th Floor
Forest Hills, N.Y. 11375

Phone: (718) 544-7070
Fax: (718) 544-0994

**APPLICATION GRANTED: The Case Management Conference set for 11/5/2026 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Thursday, November 12, 2026, at 2:00 p.m.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**08/19/2026**

Peter S. Gordon, Esq.
Maris R. Gordon, Esq.

www.gordonesq.com

August 19, 2026

Magistrate Judge Katharine H. Parker
Southern District of New York
500 Pearl St., Courtroom 17D
New York, NY 10007

**Re: Barrett v. Cypress Security Consulting Inc**
**Civil Action No. 25-cv-04244-JHR**

Dear Judge Parker,

The law firm of Gordon & Gordon, P.C. represents the Plaintiff, Sheila M. Barrett in the above captioned action. Pursuant to the Order dated August 18, 2026, there is a Case Management Conference scheduled for Thursday, November 5, 2026, at 11:00. Undersigned counsel for Plaintiff will be out of the Country during that week and is therefore requesting that the conference be adjourned to a date after November 10, 2026, to a date that is mutually amenable to the Court and all counsel. Counsel for defendants consented to this request being made by Undersigned counsel for Plaintiff.

I thank the Court for its consideration in this matter.

Sincerely yours,
Gordon & Gordon, P.C.

/s/Supriya Kichloo, Esq
Supriya Kichloo, Esq.

Cc: Daniel Goldstein, Esq
Ryan Solfaro, Esq
Counsel for Defendant
VIA ECF