*1301 Avenue of the Americas*
*15th Floor*
*New York, New York 10019*
*Tel: 212 907-9700*
*www.sgrlaw.com*

Smith Gambrell Russell

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2026

*Daniel S. Goldstein*
*Direct Tel: 646-887-9521*
*Direct Fax: 646-887-8153*
*dgoldstein@sgrlaw.com*

November 11, 2026

**APPLICATION GRANTED: The Case Management Conference set for 11/12/2026 at 2:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled Tuesday, March 2, 2027, at 10:00 a.m.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
11/12/2027

***VIA ECF***

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

Re: *Barrett v. Cypress Security Consulting, Inc,* 25-cv-04244 (JHR) (KHP)

Dear Judge Parker:

This firm represents Defendant Cypress Security Consulting, Inc. Pursuant to Rule I(c) of Your Honor's Individual Practices, we request an adjournment of the November 12, 2026, conference at 2:00 p.m. until after Judge Rearden rules on the September 25, 2026, Report and Recommendation on Motion to Dismiss (the "Report") (ECF No. 32). Plaintiff consents to the adjournment.

The Report recommends dismissing the federal claims without prejudice and declining supplemental jurisdiction over the remaining claims. No objections were filed by the October 9 deadline, and the Report remains pending. Awaiting a ruling may avoid the expense of planning and conducting discovery on a case that may be dismissed.

The conference was originally scheduled for November 5, 2026 at 11:00 a.m. and was adjourned at Plaintiff's request. (ECF Nos. 29-31.) This is the second request to adjourn this conference and Defendant's first.

We thank the Court for its consideration of this request.

Respectfully,

Daniel S. Goldstein